```
KELVIN DERRELLE ANDERSON      INTERNAL REVENUE SERVI
207 LOTT TOWN RD              C/O US ATTORNEY
HATTIESBURG, MS 39402         501 EAST COURT ST
                              STE 4.430
                              JACKSON, MS 39201


THOMAS C. ROLLINS, JR.        MS DEPT OF REVENUE
THE ROLLINS LAW FIRM, PLLC    BANKRUPTCY SECTION
P.O. BOX 13767                PO BOX 22808
JACKSON, MS 39236             JACKSON, MS 39225-2808



ADVANCED RECOVERY             PRIORITYONE BANK
ATTN: BANKRUPTCY              POB 516
219 KATHERINE DRIVE           MAGEE, MS 39111
FLOWOOD, MS 39232



AFFIRM, INC.                  SANTANDER BANK
ATTN: BANKRUPTCY              P.O. BOX 961211
650 CALIFORNIA ST             FORT WORTH, TX 76161
SAN FRANCISCO, CA 94108



CITI CARD                     TRUSTMARK NATIONAL
PO BOX 790040                 ATTN: BANKRUPTCY
ST LOUIS, MO 36179            248 EAST CAPITOL ST
                              JACKSON, MS 38201


CREDIT ACCEPTANCE             US ATTORNEY GENERAL
ATTN: BANKRUPTCY              US DEPT OF JUSTICE
25505 WEST 12 MILE RD         950 PENNSYLVANIA AVENW
STE 3000                      WASHINGTON, DC 20530-0001
SOUTHFIELD, MI 48034


CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113




FIRST UNITY CU
122 5TH AVE
MCCOMB, MS 39648




INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346
```