## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### GULFPORT DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KELVIN DERRELLE ANDERSON, DEBTOR | CASE NO: 25-51801-KMS |

### ENTRY OF APPEARANCE AND REQUEST FOR COPIES

Erin A. McManus of the law firm of Watkins & Eager PLLC, Post Office 650, Jackson, Mississippi 39205, enters her appearance as counsel for Trustmark Bank, successor in interest to Trustmark National Bank.

Respectfully submitted this 3rd day of December 2025.

TRUSTMARK BANK, SUCCESSOR IN INTEREST TO TRUSTMARK NATIONAL BANK

By: */s/ Erin A. McManus*
    Erin A. McManus, Its Attorney

OF COUNSEL:
Jim F. Spencer, Jr. (MSB #7736)
Erin A. McManus (MSB #106317)
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205
(601) 965-1900
jspencer@watkinseager.com
emcmanus@watkinseager.com

### CERTIFICATE OF SERVICE

I, Erin A. McManus, do hereby certify that I have caused to be served the above and foregoing pleading on all parties requesting notice by using the ECF filing system of the court:

    Thomas Carl Rollins, Jr. – trollins@therollinsfirm.com
    David Rawlings – ecfnotices@rawlings13.net
    United States Trustee – USTPRegion05.JA.ECF@usdoj.gov

So certified, this 3rd day of December, 2025.

*/s/ Erin A. McManus*
Erin A. McManus