**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **KELVIN DERRELLE ANDERSON, DEBTOR** | **CASE NO. 25-51801-KMS** |

**ENTRY OF APPEARANCE AND REQUEST FOR COPIES**

Jim F. Spencer, Jr. of the law firm of Watkins & Eager PLLC, Post Office Box 650, Jackson, Mississippi 39205, enters his appearance as counsel for Trustmark Bank, successor in interest to Trustmark National Bank.

Respectfully submitted this 15th day of December, 2025.

TRUSTMARK BANK, SUCCESSOR IN INTEREST TO TRUSTMARK NATIONAL BANK

By: /s/ Jim F. Spencer, Jr.
    Jim F. Spencer, Jr., Its Attorney

OF COUNSEL

Jim F. Spencer, Jr. (MSB#7736)
Erin A. Mcmanus (MSB #106317)
Watkins & Eager PLLC
P.O. Box 650
Jackson, MS 39205
(601) 965-1900
jspencer@watkinseager.com
emcmanus@watkinseager.com

**CERTIFICATE OF SERVICE**

I, Jim F. Spencer, Jr., do hereby certify that I have caused to be served the above and foregoing pleading on all parties requesting notice by using the ECF filing system of the court:

Thomas Carl Rollins, Jr. – trollins@therollinsfirm.com
David Rawlings – ecfnotices@rawlings13.net
United States Trustee – USTPRegion05.JA.ECF@usdoj.gov

This 15th day of December, 2025.

/s/ Jim F. Spencer, Jr
Jim F. Spencer, Jr.
