**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Kelvin Derrelle Anderson, Debtor    Case No. 25-51801-KMS
CHAPTER 13

**MOTION TO EXTEND DEADLINE**
**TO FILE CHAPTER 13 SCHEDULES**

COMES NOW the debtor by and through their attorney, and files this Motion to Extend Time to File Chapter 13 Schedules and would respectfully show the following:

That the debtor filed their Chapter 13 Petition on 12/01/2025.

That the schedules are due December 15, 2025.

That the debtor needs additional time to complete their schedules.

That the debtor requests until December 29, 2025, to file their schedules.

Respectfully Submitted,

By: /s/ Thoams C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, December 15, 2025. All interested parties will receive CM/ECF from the Court.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.