United States Bankruptcy Court
Southern District of Mississippi

In re: Kelvin Derrelle Anderson, Debtor

Case No. 25-51801-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6    User: mssbad    Page 1 of 2
Date Rcvd: Dec 15, 2025    Form ID: pdf012    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kelvin Derrelle Anderson, 207 Lott Town Rd, Hattiesburg, MS 39402-9118 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2025    Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Erin McManus | on behalf of Creditor Trustmark Bank emcmanus@watkinseager.com scook@watkinseager.com |
| Jim F. Spencer, Jr. | on behalf of Creditor Trustmark Bank jspencer@watkinseager.com mryan@watkinseager.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kelvin Derrelle Anderson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Dec 15, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 5

_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: December 15, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        Kelvin Derrelle Anderson, Debtor              Case No. 25-51801-KMS
                                                                                    CHAPTER 13

### ORDER EXTENDING TIME TO FILE SCHEDULES

**THIS CAUSE** having come on this day for consideration by the court having considered the Motion to Extend Deadline to File Chapter 13 Schedules (Dkt # __12__); being fully advised in the premises finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the debtor has until December 29, 2025 to file the Chapter 13 Schedules, failing which this case may be dismissed without further notice.

###END OF ORDER###

Agreed by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com