```
KELVIN DERRELLE ANDERSON    HATTIESBURG CLINIC***       SOUTHERN BONE & JOI***
207 LOTT TOWN RD            415 SOUTH 28TH AVE          3688 VETERANS MEMORIAL
HATTIESBURG, MS 39402       HATTIESBURG, MS 39401       STE 200
                                                        HATTIESBURG, MS 39401


THOMAS C. ROLLINS, JR.      HFS OF LAUREL***            TRUSTMARK NATIONAL
THE ROLLINS LAW FIRM, PLLC  301 HARDY ST                ATTN: BANKRUPTCY
P.O. BOX 13767              #B                          248 EAST CAPITOL ST
JACKSON, MS 39236           HATTIESBURG, MS 39401       JACKSON, MS 38201


ADVANCED RECOVERY           INTERNAL REVENUE SERVI      US ATTORNEY GENERAL
ATTN: BANKRUPTCY            CENTRALIZED INSOLVENCY      US DEPT OF JUSTICE
219 KATHERINE DRIVE         P.O. BOX 7346               950 PENNSYLVANIA AVENW
FLOWOOD, MS 39232           PHILADELPHIA, PA 19101-7346 WASHINGTON, DC 20530-0001


AFFIRM, INC.                INTERNAL REVENUE SERVI
ATTN: BANKRUPTCY            C/O US ATTORNEY
650 CALIFORNIA ST           501 EAST COURT ST
SAN FRANCISCO, CA 94108     STE 4.430
                            JACKSON, MS 39201


CITI CARD                   LAURYN JACKSON***
PO BOX 790040               184 ARTHUR B JOHNSON L
ST LOUIS, MO 36179          COLUMBIA, MS 39429



CREDIT ACCEPTANCE           LVNV FUNDING LLC***
ATTN: BANKRUPTCY            P.O. BOX 1269
25505 WEST 12 MILE RD       GREENVILLE, SC 29602
STE 3000
SOUTHFIELD, MI 48034


CREDIT ONE BANK             MS DEPT OF REVENUE
6801 CIMARRON RD            BANKRUPTCY SECTION
LAS VEGAS, NV 89113         PO BOX 22808
                            JACKSON, MS 39225-2808


FIRST UNITY CU              PRIORITYONE BANK
122 5TH AVE                 POB 516
MCCOMB, MS 39648            MAGEE, MS 39111



GREAT SOUTHERN BANK***      SANTANDER BANK
P.O. BOX 5087               P.O. BOX 961211
SPRINGFIELD, MO 65801-5087  FORT WORTH, TX 76161
```