IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   Kelvin Derrelle Anderson | Case No. 25-51801-KMS |
| , Debtor(s) | CHAPTER 13 |

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

Please take notice that the new mailing address for the below Great Southern Bank is:

**Current Mailing Address:**     P.O. Box 5087
                                 Springfield, MO 65801-5087

**New Mailing Address:**         218 22nd Ave South
                                 Meridian, MS 39301

Date:  January 7, 2026

/s/ Thomas C. Rollins, Jr.
Attorney for Debtor


Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

/s/ Thomas C. Rollins, Jr.
Attorney for Debtor


Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533