

**SO ORDERED,**

**Judge Katharine Samson**
United States Bankruptcy Judge
Date Signed: February 18, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

KELVIN DERRELLE ANDERSON            CASE NO. 25-51801 KMS

DEBTOR .                                                              CHAPTER 13

### ORDER RESETTING HEARING

THIS Cause having come on this date on the Objection to Confirmation filed by Trustmark Bank (Dkt. #25) and the Court having considered the facts herein, finds that the hearing on February 24, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection to Confirmation hereby is continued and reset for April 7, 2026, at 1:30 p.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.  This hearing will be conducted by video conferencing.  Parties wishing to participate by video conference must appear in the William M. Colmer Federal Building, Bankruptcy Courtroom, 701 Main Street, Hattiesburg, Mississippi.  Please see the Standing Order Regarding Video Conferencing in Proceedings Before Judge Katharine M. Samson at:  www.mssb.uscourts.gov under the Rules/Orders/Procedures tab.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841