# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51801    **Case Name:** Kelvin Derrelle Anderson

**Set:** 02/24/2026 01:30 pm    **Chapter:** 13    **Type:** bk    **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

> Objection to Confirmation filed by Trustmark Bank (Dkt. #25) - RESET TO 4/7/26 PER REQUEST OF PARTIES

> Objection to Confirmation filed by Santander Bank, NA (Dkt. #26) - AGREED ORDER TO BE SUBMITTED BY MEYER; CALLED IN BY MEYER

Minute Entry Re: (related document(s): [6] Confirmation Hearing) The Objection filed by Trustmark Bank (Dkt. #25) is reset to 4/7/26. Meyer to submit an Agreed Order on the Objection filed by Santander Bank NA [26]. Order due by 03/10/2026. Confirmation hearing removed. (mcc)