_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 26, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Kelvin Derrelle Anderson, | ) | CASE NO: 25-51801-KMS |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 13 |

## AGREED ORDER ON OBJECTION OF SANTANDER BANK, N.A.
## TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The Court has before it Creditor Santander Bank, N.A., as servicer for Santander Consumer USA Inc.'s ("SCUSA") Objection to Confirmation of Debtor's Chapter 13 plan (docket number 26) set for hearing on February 24, 2026. The parties have announced settlement and request the Court to approve same.

SCUSA's Claim related to that 2023 Toyota Tundra bearing Vehicle Identification Number 5TFJC5DB7PX027346 (the "'Collateral") [Claim 3-1] shall be paid pursuant to SCUSA's Proof of Claim, with 10% interest. Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

This lien retention language shall apply to Debtor's current Chapter 13 Plan, and any amendment or modification thereof.

**##END OF ORDER##**

/s/ *Thomas Carl Rollins, Jr*
Thomas Carl Rollins, Jr
*Attorney for Debtor*

/s/ *Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.*

/s/ Samuel J. Duncan
Attorney for David Rawlings
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

65865786 v1