United States Bankruptcy Court

Southern District of Mississippi

In re:                                                          Case No. 25-51801-KMS

Kelvin Derrelle Anderson                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: ntcdsm | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelvin Derrelle Anderson, 207 Lott Town Rd, Hattiesburg, MS 39402-9118 |
| cr | | Trustmark Bank, c/o Erin A. McManus, Watkins & Eager PLLC, P.O. Box 650, Jackson, MS 39205-0650 |
| 5597452 | + | Erin McManus, Watkins and Eager PLLC, For Trustmark Bank, successor in interes, P.O. Box 650, Jackson, MS 39205-0650 |
| 5595925 | + | First Unity CU, 122 5th Ave, McComb, MS 39648-4159 |
| 5606233 | + | GREAT SOUTHERN BANK, 218 22nd Ave South, Meridian, MS 39301-5946 |
| 5602179 | | Jim F. Spencer, Jr., Watkins & Eager PLLC, for Trustmark Bank, Post Office Box 650, Jackson, MS 39205-0650 |
| 5622003 | | John S. Simpson, MSB No. 8525, Simpson Law Firm PA, for Trustmark Bank, Successor by Convers, P.O. Box 2058, Madison, MS 39130-2058 |
| 5606236 | + | LAURYN JACKSON, 184 ARTHUR B JAHNSON L, COLUMBIA, MS 39429-8203 |
| 5595929 | + | Priorityone Bank, Pob 516, Magee, MS 39111-0516 |
| 5606238 | + | SOUTHERN BONE & JOI, 3688 VETERANS MEMORIAL, STE 200, HATTIESBURG, MS 39401-8246 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5595920 | + | Email/Text: sbridwell@arscollections.com | Mar 18 2026 19:51:00 | Advanced Recovery, Attn: Bankruptcy, 219 Katherine Drive, Flowood, MS 39232-9588 |
| 5595921 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 18 2026 19:53:21 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5598972 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 18 2026 19:50:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5595922 | + | EDI: CITICORP | Mar 18 2026 23:47:00 | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5595923 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 18 2026 19:50:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5595924 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 18 2026 19:53:21 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5606234 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Mar 18 2026 19:51:00 | HATTIESBURG CLINIC***, 415 SOUTH 28TH AVE, HATTIESBURG, MS 39401-7283 |
| 5621807 | | Email/Text: bankruptcy@huntingtonmgt.com | Mar 18 2026 19:51:00 | Huntington National Management LLC, P.O Box 1158, Hamburg, NY 14075 |
| 5595927 | + | Email/Text: ebone.woods@usdoj.gov | Mar 18 2026 19:51:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5595926 | | EDI: IRS.COM | Mar 18 2026 23:47:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5606237 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2026 20:03:37 | LVNV FUNDING LLC***, P.O. BOX 1269, |

District/off: 0538-6 | User: mssbad | Page 2 of 3
Date Rcvd: Mar 18, 2026 | Form ID: ntcdsm | Total Noticed: 30

| | | | | |
|---|---|---|---|---|
| | | | | GREENVILLE, SC 29602-1269 |
| 5619773 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2026 20:03:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5595928 | | EDI: MSDOR | Mar 18 2026 23:47:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5599507 | | EDI: MSDOR | Mar 18 2026 23:47:00 | Mississippi Department of Revenue, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5606292 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 18 2026 19:51:00 | SANTANDER CONSUMER USA Inc., 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |
| 5595930 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 18 2026 19:51:00 | Santander Bank, P.o. Box 961211, Fort Worth, TX 76161-0211 |
| 5612276 | + | Email/Text: bncmail@w-legal.com | Mar 18 2026 19:50:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5595931 | | Email/Text: bankruptcynotices@trustmark.com | Mar 18 2026 19:50:00 | Trustmark Bank, Attn: Bankruptcy Dept., P.O. Box 291, Jackson, MS 39205 |
| 5621333 | | Email/Text: rboone@simpsonlawfirm.net | Mar 18 2026 19:51:00 | Trustmark Bank, Successor by Conversion to, Trustmark National Bank, c/o Simpson Law Firm PA, P O Box 2058, Madison MS 39130-2058 |
| 5595932 | ^ | MEBN | Mar 18 2026 19:47:59 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Bank, N.A., as servicer for Santander Co |
| cr | | Trustmark Bank, Successor by Conversion to Trustma |
| 5606235 | ##+ | HFS OF LAUREL***, 301 HARDY ST, #B, HATTIESBURG, MS 39401-3817 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Christopher D Meyer

on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com,

District/off: 0538-6                      User: mssbad                        Page 3 of 3
Date Rcvd: Mar 18, 2026                   Form ID: ntcdsm                      Total Noticed: 30

sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

David Rawlings

ecfnotices@rawlings13.net  sduncan@rawlings13.net

Erin McManus

on behalf of Creditor Trustmark Bank emcmanus@watkinseager.com  scook@watkinseager.com

Jim F. Spencer, Jr.

on behalf of Creditor Trustmark Bank jspencer@watkinseager.com  mryan@watkinseager.com

John S. Simpson

on behalf of Creditor Trustmark Bank  Successor by Conversion to Trustmark National Bank jsimpson@simpsonlawfirm.net,
rboone@simpsonlawfirm.net

Thomas Carl Rollins, Jr

on behalf of Debtor Kelvin Derrelle Anderson trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 25−51801−KMS
Chapter: 13

In re:

Kelvin Derrelle Anderson
207 Lott Town Rd
Hattiesburg, MS 39402

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

xxx−xx−6686

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on March 18, 2026.

Dated: 3/18/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790