United States Bankruptcy Court

Southern District of Mississippi

In re:

Kelvin Derrelle Anderson

    Debtor

Case No. 25-51801-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kelvin Derrelle Anderson, 207 Lott Town Rd, Hattiesburg, MS 39402-9118 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Erin McManus | on behalf of Creditor Trustmark Bank emcmanus@watkinseager.com  scook@watkinseager.com |
| Jim F. Spencer, Jr. | on behalf of Creditor Trustmark Bank jspencer@watkinseager.com  mryan@watkinseager.com |
| John S. Simpson | on behalf of Creditor Trustmark Bank  Successor by Conversion to Trustmark National Bank jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |

District/off: 0538-6        User: mssbad        Page 2 of 2

Date Rcvd: Mar 18, 2026        Form ID: pdf012        Total Noticed: 1

Thomas Carl Rollins, Jr

on behalf of Debtor Kelvin Derrelle Anderson trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                          BANKRUPTCY CASE NO.
KELVIN DERRELLE ANDERSON                                        25-51801 KMS

### ORDER DISMISSING CHAPTER 13 PROCEEDING

THIS MATTER CAME TO BE CONSIDERED on the Trustee's Motion to Dismiss for Non-Payment

(DK#   31) and the Debtor having failed to respond, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that this proceeding be, and the same is, hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net